# JOHN CANNON v. STATE.

No. A-2554. Opinion Filed April 9, 1917.

(163 Pac. 1112.)

**APPEAL AND ERROR—Abandonment—Affirmance.** Where a criminal matter was pending in the Criminal Court of Appeals since October 8, 1915, and plaintiff in error filed no brief, the appeal would be deemed abandoned, and the state's motion to affirm for failure to prosecute would be sustained.

*Error from County Court, Blaine County;*
*Ed Baker, Judge.*

John Cannon was convicted of destroying certain spirituous liquors about to be produced in court as evidence, and he brings error. Affirmed.

*R. McMillan,* Asst. Atty. Gen., for the State.

BRETT, J. Plaintiff in error was charged and convicted in the county court of Blaine county of destroying certain spirituous liquors about to be produced in court as evidence, and sentenced to serve 60 days in the county jail, and pay a fine of $50.

The matter has been pending in this court since October 8, 1915. Plaintiff in error has filed no brief, and on motion of the state to affirm for failure to prosecute the appeal, we find that the appeal has been abandoned, and that said motion should be sustained.

The judgment is therefore affirmed.

DOYLE, P. J., and ARMSTRONG, J., concur.